UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYLMINA E. HETTINGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STUART J. SCOTT, et al.,<br><br>　　　　Defendants. | Case No. 5:19-mc-80019-JD<br><br>**ORDER RE PREFILING REVIEW** |

Plaintiff Wylmina Hettinga is subject to a vexatious-litigant order in this district. Dkt. No. 107 in Case No. 13-cv-02217-RMW. Hettinga has filed a number of lawsuits in this district challenging orders in her state court divorce and custody proceedings. *See, e.g.*, Dkt. No. 7 in Case No. 13-cv-02217-RMW; Dkt. No. 18 in Case No. 10-cv-02975-JSW. Judge Ronald Whyte imposed a pre-filing review requirement for any further suits in our district arising out of facts related to Hettinga's divorce case.

The Court has reviewed the proposed complaint lodged under this case name and number, and finds that it falls within the scope of the vexatious-litigant order. Hettinga sues Chief Justice Tani Cantil-Sakauye and Judge Stuart Scott of the State of California on facts related to her divorce case, specifically challenging child custody orders. *See, e.g.*, Compl. ¶¶ 13, 38.

Consequently, the complaint may not be filed. The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: March 7, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

WYLMINA E HETTINGA,

    Plaintiff,

v.

STUART J. SCOTT, et al.,

    Defendants.

Case No. 19-mc-80019-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wylmina E Hettinga
1587 17th Street
Los Osos, CA 93402

Dated: March 7, 2019

                                       Susan Y. Soong
                                       Clerk, United States District Court

                                       By: _____
                                       LISA R. CLARK, Deputy Clerk to the
                                       Honorable JAMES DONATO